IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IMC CONSTRUCTION, INC., : | |
| : | |
| Plaintiff, : | |
| : | CIVIL ACTION NO. 18-cv-949 |
| v. : | |
| : | |
| TROY EMIDY, *et al.*, : | |
| : | |
| Defendants. : | |

# **ORDER**

AND NOW, this 6th day of February, 2019, it is hereby **ORDERED** for the reasons set forth in the accompanying Memorandum that the Defendants reimburse IMC the sum of $12,565.00 for reasonable attorneys' fees and $278.00 in reasonable costs for a total of $12,843.00

BY THE COURT:

/s/ David R. Strawbridge, USMJ
DAVID R. STRAWBRIDGE
UNITED STATES MAGISTRATE JUDGE